Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Midland Division

**FILED**

APR 2 6 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

REXFORD LAMPTEY                     )   Case No. 7:22cv00100
                                    )            (to be filled in by the Clerk's Office)
                                    )
*Plaintiff(s)*                      )
*(Write the full name of each plaintiff who is filing this complaint.*   )   Jury Trial: *(check one)*   ☐ Yes   ☑ No
*If the names of all the plaintiffs cannot fit in the space above,*      )
*please write "see attached" in the space and attach an additional*      )
*page with the full list of names.)*                                     )
                                    )
-v-                                 )
                                    )
JOSHUA BRITTON                      )
                                    )
                                    )
                                    )
*Defendant(s)*                      )
*(Write the full name of each defendant who is being sued. If the*       )
*names of all the defendants cannot fit in the space above, please*      )
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

     A.   **The Plaintiff(s)**

          Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

          Name                  REXFORD LAMPTEY
          Street Address        6904 LONGFELLOW RANCH RD
          City and County       ODESSA, ECTOR
          State and Zip Code    TEXAS 79765-2329
          Telephone Number      732 - 763 - 4916
          E-mail Address        REX.LAMPTEY@YAHOO.COM

     B.   **The Defendant(s)**

          Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.


Case 7:22-cv-00100-DC   Document 1   Filed 04/26/22   Page 2 of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: JOUSHUA BRITTON
- Job or Title (if known): CHILD SUPPORT OFFICE
- Street Address: 6005 EASTRIDGE RD STE 100
- City and County: ODESSA, ECTOR
- State and Zip Code: TEXAS 79762 - 5378
- Telephone Number: 432 - 333 - 1464
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
   42 USC 1983, 18 USC 3571, 32 CFR ; 536.77(a)(3)(vii), 42 CFR 488.301, 18USC 876, 18 USC 1341

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.  The Plaintiff(s)

      a.  If the plaintiff is an individual
         The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

      b.  If the plaintiff is a corporation
         The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
         and has its principal place of business in the State of *(name)* _____.

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.  The Defendant(s)

      a.  If the defendant is an individual
         The defendant, *(name)* Joshua Britton, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Claims to be calculated with regards to The United States Government Fee Schedule.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All started in February 2019, in Odessa Tx.
    As seeking help throught the court system to get my daughter whom my Ex abandoned on me at a month old and abducted her at almost 2 years. During a court hearing on July 2021, a contract proposal was offered which I objected for being conspicuous and parties asked to come back later. In November, 2021, I stated getting threatening mails from Mr Britton, for enforcing the objected contract proposal on me, of which he is aware of the invalidity of the said contract. He then created a contract, an account a associated with a debt in my name, intercepting my unemployment benefits, tax return and forcing it on my employer for garnishing me.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. 50 / 50 custody and commitment to Pearl Lamptey.
2. Garnishment must stop upon receiving court documents.
3. Pay all monies taken with interest.
4. Created debt must be discharge.
5. Get compensated with regards to The United States Government Fee Schedule.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04 - 20 - 2022

Signature of Plaintiff: R . L
Printed Name of Plaintiff: Rexford Lamptey

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Certificate of Service

This is to certify that a copy of this "Demand to Dismiss Ruling For Lack Of Subject Matter Jurisdiction has been served to the following:

Mr. Gaven D. Norris / Loveth Ogunbayo
The Gaven Norris Law Office
413 North Grant Avenue
Odessa ,Texas 79761 – 5119.
Tel: 432 279 – 0858.

The Office Of The Attonney General
6005 Eastridge ,Suit 200
Odessa,Texas 79762
Tel:432 333-1464.